**324 NEWBERRY vs. CIRCUIT JUDGE (Wayne), No. 15240; 65 N. W., 530; 2 D. L. N., 747.**

To vacate an order directing the police department of the city of Detroit to take charge of the remnants of a boiler which had exploded, killing a number of persons, pending the trial of the engineer, against whom the grand jury had returned an indictment, charging him with manslaughter.

Granted December 24, 1895, without costs.

**325 WOODIN (Admr.) vs. PHOENIX ET AL., 41 M., 655.**

Certiorari does not lie to review the action of a circuit judge in appointing himself referee in a cause pending before him; but mandamus lies to set it aside.   October 21, 1879.